UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONAS M. EDMONDS<br>Petitioner, | ) ) ) ) ) | CIVIL CASE NO:<br>1:17-CV-06922 |
| v. | ) ) ) | FILED |
| UNITED STATES OF AMERICA,<br>Respondant. | ) ) ) ) | OCT 17 2017<br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

### AFFIDAVIT OF SHANEA COOK

I hereby declare the following is true and correct;

(1) Around about the time of August 2015 during a visit with my husband (Jonas Edmonds) we talked about his case and how it was similar to another type of case called the phony stash house operations.

(2) And how he felt like he had the same issues as those in the stash house cases.

(3) But despite how he felt, his attorney told him that if he didn't plead guilty the government was going to supercede indict him with conspiracy to commit murder or a charge similar to that.

(4) And if he lost in trial he would get a life sentence.

(5) He also said that his attorney told him that he did not have a defense for the current charges nor would he have a defense for the potential superceding charges.

1.

(6) Therefore, he felt like he had no choice but to plead guilty.

(7) Furthermore, when I visited Mr. Graham he gave me the impression that pleading guilty was the best thing my husband could do.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 23, 2017

/s/ _____
Shanea Cook
9-23-2017

5821 Carpenter street
Philadelphia, Pa 19143

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Affidavit of Jonas Edmonds" and "Affidavit of Shanea Cook" was placed in the legal mail box with first class postage addressed to:

>Clerk of the U.S. District Court
>United States Court House
>219 South Dearborn Street
>Chicago, Illinois 60604

On this 28th day of September 2017

/s/ _____
Jonas M. Edmonds #47846-424
FCI Atlanta
P.O. Box 150160
Atlanta, Ga 30315